## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, N Y 11722-9014

DOUGLAS C. PALMER, CLERK of COURT　　　　　　　　　　　　　　　　　　www.nyed.uscourts.gov
CAROL McMAHON, CHIEF DEPUTY FOR L.I.

　　　　　　　　　　　　　　　　　　　　　December 27, 2012

John R. Graziadei
50 Tangier Drive
Sound Beach, NY 11789

　　　　　　　　　　　　　　　Re: CV-12-6252 (JS)(ARL)
　　　　　　　　　　　　　　　　Graziadei v. Suffolk Federal Credit Union

Dear *Pro Se* Litigant:

　　This will acknowledge receipt of your Civil Complaint. The case has been docketed under the above number and assigned to the Honorable Joanna Seybert and Magistrate Judge Arlene R. Lindsay. Please be advised of the following:

　　-it is your responsibility to ensure that documents filed with this Court comply with the Federal Rules of Civil Procedure (Fed. R. Civ. P.), the Local Rules of the Eastern District of New York, and the Judges' Individual Practice Rules. The Local Rules and the Judges' Individual Practice Rules are available at *www.nyed.uscourts.gov*;

　　-if you paid the $350 filing fee, it is your responsibility to serve the summons and complaint upon the defendant(s) pursuant to Fed. R. Civ. P. 4. Instructions for service are enclosed;

　　-documents submitted for filing should be originals and must contain your signature, case number, name of case and assigned judge;

　　-documents submitted for filing shall not include personal information i.e. social security number(s), birth date(s), name(s) of minor children, financial account number(s). See Fed. R. Civ. P. 5.2;

　　-an affidavit or affirmation of service must be included with all documents sent in for filing;

　　-all documents should be sent to the *Pro Se* Office at the above address. DO NOT send any paperwork directly to chambers unless directed to do so by the judge;

　　-it is your duty to prosecute your case, and to keep this office informed of any change of address. Failure to do so may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

　　-additional information and forms for *pro se* litigants are enclosed.

If you have any questions or require further assistance, please call the *Pro Se* Office at (631)712-6060.

　　　　　　　　　　　　　　　　　　　　　PRO SE OFFICE
　　　　　　　　　　　　　　　　　　　　　By: /s/ C.Vukovich

Enclosures:
Rule 73 Notice and Form
Change of Address Form
*Pro Se* F.A.Q.'s, and
Rule 4 Service Instructions (when applicable)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ X



          Plaintiff,

    -against-

          Case No. _____

          Judge: _____

          Defendant.
------------------------------------------------------ X


PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET:_____

CITY: _____    STATE: _____

ZIP CODE: _____    TELEPHONE NO: _____


IF APPLICABLE:

PRISON: _____    PRISONER ID# _____


EFFECTIVE DATE OF CHANGE: _____


DATED: _____    _____
                                                SIGNATURE

                                                _____
                                                PRINTED NAME

                                                _____
                                                PRESENT ADDRESS

                                                _____